**SEDGWICK LLP**
RALPH A. CAMPILLO (State Bar No. 70376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213.426.6900
Facsimile: 213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2806
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Howmedica Osteonics Corp
(sued as Howmedica Osteonics Corp.
d/b/a Stryker Orthopaedics)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FLETCHER and TAMEKA FLETCHER, <br><br> Plaintiff(s), <br><br> v. <br><br> HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS, <br><br> Defendant(s). | Case No. 3:13-cv-00270-RS <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Plaintiffs Anthony Fletcher and Tameka Fletcher and Defendant Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)'s Joint Stipulation to Stay Proceedings Pending Ruling by MDL Panel, and good cause appearing, it is hereby ordered that the Joint Stipulation is **GRANTED**. All proceedings in this action are hereby stayed and all current deadlines are vacated pending the Judicial Panel on Multidistrict Litigation's decision on the pending transfer request.

**IT IS SO ORDERED.**

Dated: __3/22_____, 2013

_____
The Honorable Richard Seeborg